Imran F. Vakil, Esq. (Bar No. 248859)
    ivakil@nexiolaw.com
**NEXIO, PC**
245 Fischer Avenue
Suite C3
Costa Mesa, CA 92626
Phone:      (949) 478-6830
Facsimile: (949) 478-1275
*Attorneys for Plaintiff,*
*Live Face On Web, LLC*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVE FACE ON WEB, LLC, a Pennsylvania limited liability company, | Case No.  **'17 CV 1487 WQHNLS** |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| ARCHEVOS CORPORATION; and DOES 1-10 INCLUSIVE, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

**COMPLAINT**

Plaintiff Live Face on Web, LLC ("**LFOW**"), by and through its attorneys of record, complains against Archevos Corporation ("**Archevos**" or "**Defendant**") and DOES 1-10 inclusive ("DOES")(collectively "**Defendants**") as follows:

## JURISDICTION AND VENUE

1.      This is a civil action for copyright infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 101 et seq.  This Court has subject matter jurisdiction over the copyright infringement under 28 U.S.C. § 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and (b).

2.      As set forth herein, Defendant has used and distributed LFOW's software and/or infringing derivative works thereof on the website(s) located at www.experdocs.com (the "Defendant's Website" or "www.experdocs.com"), which are the subject of U.S. Copyright Registrations.  Upon information and belief, Archevos owns, operates, and/or controls Defendant's Website.

3.      This Court has personal jurisdiction over Archevos because it has conducted business in and continues to conduct business in this District.  Defendant is subject to the general and specific personal jurisdiction of this Court because of its continuous and systematic contacts with the State of California and this District.

4.      Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be found and transact business in this Judicial District, and the injury suffered by Plaintiff took place in this Judicial District.

## PARTIES

5.      Plaintiff LFOW is a limited liability company incorporated and existing under the laws of Pennsylvania, with its principal place of business 1300 Industrial Boulevard, Suite 212, Southampton, PA 18966.

6.      Defendant Archevos, is a Wyoming Corporation with a registered corporate

address located at 16427 N. Scottsdale Road., Suite 410, Scottsdale, AZ 85254. On information and belief, Archevos also has an office located at 1902 Wright Place, Suite 200, Carlsbad, CA 92008. On information and belief, Defendant Archevos is the registered owner of the experdocs.com domain(s).

7. DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained. Plaintiff is informed and believes and, upon such, alleges that each of the Defendants designated herein as a "DOE" is legally responsible in some manner for the events and happenings herein alleged, and that Plaintiff's damages as alleged herein were proximately caused by such Defendants.

## FACTS COMMON TO ALL COUNTS
### Plaintiff's Business and Copyrighted Technology

8. LFOW is a software company specializing in borderless video technology. LFOW is the developer and owner of "live person" software, which is an original work of authorship independently created by LFOW ("**LFOW Code**").

9. The LFOW Code allows a company to display a video of a "walking" and "talking" personal host who introduces a website to an online visitor. The personal host is, in effect, a web spokesperson for the specific company for whom the video has been created. Typically the web spokesperson explains a company's products and/or services and directs a visitor's attention to a particular product or aspect of the website. The LFOW Code is representative of LFOW's advertising idea: LFOW (and its customers) advertise services and solicit business through the use of a website spokesperson, which is typically tailored to specific goods and services found on the associated website.

10. The LFOW Code enables a company to customize and dynamically modify settings and functionality of the web spokesperson. By way of example, a customer utilizing the LFOW Code can: (a) manipulate the positioning of the web spokesperson on

its website and select between static, relative or dynamic positioning features; (b) adjust the delay between the time an online visitor enters the website and the start time of the web spokesperson's presentation; (c) select the number of times a video presentation plays for each particular visitor; and (d) select "click on me" functionality that directs a user to a predetermined page or section of the website which promotes goods or services and/or reinforces the image and brand of the customer.

11. The LFOW Code seeks to enhance a web site by using a real spokesperson to capture, hold and prolong the attention of the average online visitor, enhancing the ability of the website to advertise specific goods and services. This technique has a direct positive impact on sales and/or the brand, public image and reputation of any company that has an online presence.

12. Generally speaking, the LFOW Code can be implemented by LFOW's customers by modifying the HTML code of the LFOW customer's website. An HMTL script tag is embedded in the HTML code of the LFOW customer's website, which links the LFOW customer's website to a copy of the LFOW Code. An LFOW customer has the option of storing the copy of the LFOW Code on the same webserver(s) as the customer's website, or storing the copy of the LFOW Code on a different webserver(s) than the website. Many of LFOW's customers choose to have the copy of the LFOW Code stored on LFOW's webservers.

13. Regardless of the particular webserver(s) where the LFOW Code is stored, the functionality and result is the same. When a web browser is directed to a website linked to the LFOW Code, the embedded HTML script tag is read by the web browser and causes the automatic distribution of a copy of the LFOW Code. The LFOW Code is automatically saved by the web browser into cache, and/or a hard drive(s), and loaded into computer memory and/or RAM (random access memory). As a result of the distribution of the LFOW Code, the specific web spokesperson video is automatically launched and displayed to advertise on the associated website.

**COMPLAINT**

14.     The LFOW Code has been consistently licensed to customers for a monthly license fee by LFOW. LFOW also charges additional fees for other services associated with the provision of the LFOW Code in addition to the monthly license fee.

15.     LFOW has registered the LFOW Code.  Pertinent to this action, on December 20, 2007, LFOW duly registered the copyright in the LFOW Code version 7.0.0, prior to the publication of version 7.0.0, in the United States Copyright Office, as evidenced by the certificate of registration for TXu001610441, which was issued by the Register of Copyrights.  A true and correct copy of the certificate of registration is attached hereto as **Exhibit A**, and a true and correct copy of the deposit work for TXu001610441 is attached hereto as **Exhibit A1**.

## Defendant's Copyright Infringement

16.     Defendant owns, and/or operates and/or controls the www.experdocs.com website(s).  A copy of the HTML source code for the Defendant's Website is found at **Exhibit B**.

17.     Defendant's Website advertises and promotes the products and/or services of Defendant.

18.     Upon information and belief, Defendant has used a web spokesperson video to promote Defendant's products and/or services.

19.     Upon information and belief, in order to display the web spokesperson video on Defendant's Website, Defendant used and distributed, without permission, and therefore infringed upon, the infringing version of the LFOW Code.

20.     Upon information and belief, Defendant has the right and ability to modify its own website or to have its website modified on Defendant's behalf.

21.     Upon information and belief, to implement the infringing version of the LFOW Software, the Defendant's website was modified by or on behalf of Defendants to include the following website source code and/or text, shown in **Exhibit B**: http://tweople.com/client/multi_new.js.php?id=124.

22.     This modification links the Defendants' website to http://tweople.com/client/multi_new.js.php?id=124 (the source code for which is attached at **Exhibit C1**), which links to the file "http://tweople.com/client/playerbase-multi.js", an infringing version of the LFOW Software. A copy of "playerbase-multi.js" is found at **Exhibit C2**.

23.     As a result of the modification to the Defendant's Website referenced above, when a web browser retrieves a page from the Defendant's Website, a copy of the infringing version of the LFOW Code is distributed by Defendant to the website visitor and stored on the visitor's computer in cache, memory and/or its hard drive. Accordingly, each visit to the Defendant's Website is a new act of copyright infringement.

24.     The infringing version of the LFOW Code, shown at Exhibit C2 is strikingly similar (and at the very least substantially similar) to the LFOW Code, and includes one or more instances of "LFOW," which is a reference to LFOW. The infringing version of the LFOW Code also includes the unique prefixes "lf_," which were arbitrarily chosen by LFOW to mark its code and indicate LFOW's unique and original code. There is no functional value to the use of the letters "LFOW" or "lf_" in the LFOW Code. Instead, these were both chosen as references to LFOW and its code.

25.     The web spokesperson video that launches on Defendant's Website is a result of Defendant's distribution of the infringing version of the LFOW Code, which advertises and promotes the products and/or services of Defendant, encouraging the website viewer to purchase and/or use Defendant's products and/or services, thereby providing a monetary benefit to Defendant. Thus, Defendant's copyright infringement of the LFOW Code is in its advertising, and the infringement is for the purpose of advertising its products and/or services.

26.     Defendant intends for a copy of the infringing version of the LFOW Code to be distributed to website visitors in its advertising, as this is necessary for the video spokesperson to appear on the screen of the website visitor. The volitional distribution of the infringing version of the LFOW Code by Defendant to its website visitors is seamless

and transparent for the website visitors, who are able to view the video spokesperson advertising Defendant's products and/or services by virtue of receiving the copy of the infringing version of the LFOW Code.

27. Defendant profits directly from and have a direct financial interest in the infringement, because the use of the infringing version of the LFOW Code allows Defendant to more effectively promote and sell its products and/or services by capturing, holding and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or the brand, public image and reputation of Defendant.

28. The infringing version of the LFOW Code is a sales and advertising tool for Defendant to generate revenues and profits and, upon information and belief, the use and misuse of the infringing version of the LFOW Code by Defendant did in fact generate revenues and profits for Defendant, as more fully described below.

29. Defendant unlawfully and continuously used the infringing version of the LFOW Code on unauthorized Web Page(s), for which Defendant did not pay applicable license fees and video production fees to LFOW.

30. The unlawful use, reproduction and/or distribution of the infringing version of the LFOW Code on the Defendant's Website constitutes infringement of LFOW's intellectual property rights, including, without limitation, LFOW's registered copyrighted material(s).

31. As a result of foregoing conduct of Defendant, LFOW has suffered significant harm and loss.

32. Upon information and belief, Defendant actively induced end users to visit its website(s), and thereafter distributed the infringing version of the LFOW Code to end users (e.g. website visitors) numerous times. The actual number can only be ascertained through discovery.

33. Defendant has caused, enabled, facilitated, and/or materially contributed to the infringement by, inter alia, distributing copies of the infringing version of the LFOW Code to each visitor via the Defendant's Website and refused to exercise its ability to stop the

**COMPLAINT**

infringement made possible by the modification and continuous operation of its website(s).

34. As the owner of the registered copyright in the LFOW Code, LFOW has an interest in protecting its rights against such copyright infringement.

35. Under the authority of 17 U.S.C. §§ 504(a)(1) and (b), LFOW is entitled to recover actual damages suffered by it as a result of the infringement, and any profits of the Defendant that are attributable to the infringement.

## FIRST CLAIM FOR RELIEF

### (**Copyright Infringement, 17 U.S.C. § 501 Against all Defendants**)

36. Plaintiff LFOW incorporates here by reference the allegations in the preceding paragraphs above, as set forth fully herein.

37. This claim arises under 17 U.S.C. § 501 for direct and/or vicarious infringement of registered copyright(s) as against the Defendants named in this Complaint.

38. LFOW is the owner of all rights, title and interest in valid copyright registration TXu001610441, which substantially consists of material wholly original with Plaintiff and which are copyright subject matter under the laws of the United States. LFOW has complied in all respects with the provisions of the Copyright Act, 17 U.S.C. §§ 101 et seq., and all other laws of the United States governing copyrights to secure the exclusive rights and privileges in and to the copyrights of the items identified herein.

39. The infringing version of the LFOW Code used and distributed by Defendant is at least substantially similar to the LFOW Code protected by TXu001610441.

40. Defendant, through its agent(s), vendor(s), officer(s), and/or employee(s), modified Defendant's Website to cause the copying, use and distribution of the infringing version of the LFOW Code, and unless enjoined, Defendant will continue to infringe LFOW's copyright by reproducing, displaying, distributing and utilizing the infringing version of the LFOW Code for purposes of trade in violation of 17 U.S.C. § 501 et seq.

41. The past and ongoing copying, use and distribution of the infringing version of the LFOW Code by Defendant results in actual damage to LFOW, including but not limited

to the loss of licensing revenue lost as a result of Defendant's infringement.

42. Defendant's acts is and were performed without the permission, license or consent of LFOW.

43. Defendant has profited from and have a direct financial interest in the infringement, because the use of the infringing version of the LFOW Code allows Defendant to more effectively promote and sell its product(s) and/or service(s) on its own website(s) by capturing, holding, and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or brand, public image and reputation of Defendant.

44. Because Defendant owns, operates and/or controls its website, Defendant also has the right and ability to supervise and control the infringement and infringer by virtue of its ownership and control of its own website, but failed to do so.

45. The wrongful acts of Defendant has caused, and is causing, great injury to LFOW, of which damages cannot be accurately computed, and unless this Court restrains the Defendant from further commission of said acts, LFOW will suffer irreparable injury, for which it is without an adequate remedy at law. Accordingly, LFOW seeks a declaration that Defendant is infringing LFOW's copyright and an order under 17 U.S.C. § 502 enjoining the Defendant from any further infringement of LFOW's copyright(s).

46. As a result of the acts of Defendant as alleged herein, LFOW has suffered and is suffering substantial damage to its business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

47. LFOW did not know of and could not have reasonably known of Defendants' infringement more than three years prior to filing this action.

48. Pursuant to 17 U.S.C. §§ 503(a) and 503(b), LFOW is entitled to an order impounding the infringing articles and the means by which such infringing articles were produced and/or reproduced.

49. Pursuant to 17 U.S.C. §§ 504(a)(1) and (b), LFOW is also entitled to recover

9

**COMPLAINT**

actual damages and any profits of Defendant.

50. Pursuant to 17 U.S.C. § 505, LFOW is entitled to an award of attorneys' fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1. Finding Defendant liable for copyright infringement by virtue of Defendant's past and ongoing unauthorized use of LFOW's Software;

2. Finding Defendant's copyright infringement to be voluntary and intentional violation of Defendant's known duties, and therefore willful;

3. Finding LFOW to have suffered, and to continue suffering harm that is irreparable and otherwise without an adequate remedy at law;

4. A permanent injunction under 17 U.S.C. §§502 and 503, enjoining Defendant, its officers, agents, servants, employees, and all person in active concert or participation with them, from further infringement, including but not limited to the cessation of operation of Defendant's Website;

5. An award of damages against Defendant under §504;

6. An order requiring an accounting be made for all profits, income, receipts or other benefit derived by Defendant from the reproduction, copying, display, promotion, distribution or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b);

7. Requiring Defendant to account for and pay over to Plaintiff all profits derived by Defendant from its acts of copyright infringement and to reimburse Plaintiff for all damages suffered by Plaintiff by reasons of Defendant's acts, pursuant to 17 U.S.C. §§ 504 (a)(1) & (b);

8. An award under 17 U.S.C. § 505 allowing recover of the full costs of this action, including LFOW's reasonable attorneys' fees and costs;

9.     That all DOES who have acted in concert with Defendant be held jointly and severally liable; and

10.    That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate.

Dated:  July 21, 2017                    **NEXIO, PC**

By: _____
       Imran F. Vakil
       *Attorneys for Plaintiff,*
       *Live Face on Web, LLC*

## DEMAND FOR JURY TRIAL

Plaintiff Live Face On Web, LLC hereby demands trial by jury of all issues so triable under the law.

Dated:  July 21, 2017           **NEXIO, PC**

By: _____
           Imran F. Vakil
           *Attorneys for Plaintiff,*
           *Live Face on Web, LLC*

**EXHIBIT "A"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**
## TXu 1-610-441

**Effective date of registration:**
December 20, 2007

---

**Title**

**Title of Work:** LIVE FACE ON WEB, LLC -- Javascript Version 7.0.0

**Completion/ Publication**

**Year of Completion:** 2007

**Author**

■     **Author:** Live Face on Web, LLC

**Author Created:** New text; chancfes in existinq text.

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No                 **Pseudonymous:** No

**Copyright claimant**

**Copyright Claimant:** Live Face on Web, LLC

1300 Industrial Blvd., Suite 202, SouthamiDton., PA, 18966

**Limitation of copyright claim**

**Material excluded from this claim:** Prior versions of this work.

**Previously registered:** No

**New material included in claim:** New text; changes to existing text.

**Certification**

**Name:** Tristram R. Fall, III, authorized agent of Live Face on Web, LLC

**Date:** December 13, 2007

**Registration #:** TXU001610441

**Service Request #:** 1-41681852

Fox Rothschild LLP
Tristram Fall, III, Esquire
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291

**EXHIBIT "A1"**



# COPY OF DEPOSIT

# TXu 1-610-441

```
// ---------- Do Not Remove ----------
// Copyright 2007 LiveFaceOnWeb, LLC
// Version: 7.0.0
// Date: 10/02/2007
// End User License Agreement Location: http://www.livefaceonweb.com/eula.htm
//
/////////////////////////////////////////////////////////////////////////
/////////////////////////////////////////////////////////////////////////
/////////////////// User defined parameters and instructions //////////////////
/////////////////////////////////////////////////////////////////////////
/////////////////////////////////////////////////////////////////////////
//
// Below enter the URL location where the files are residing
// Example: var lf_URL = 'http://www.livefaceonweb.com/';
// In the above example, LiveFaceOnWeb Presentaton files are located at the root
level of http://www.livefaceonweb.com
var lf_URL = '';
// Below select from a choice of Static, Relative, or Dynamic position for the
LiveFaceOnWeb Presentation
// 1 = Static Position, LiveFaceOnWeb Presentation would be in a fixed location
// 2 = Relative Position, LiveFaceOnWeb Presentation would be located where the
script is called from on the webpage
// 3 = Dynamic Position, LiveFaceOnWeb Presentation would float as the page
scrolls
// Example: var lf_Position = 3;
// In the above example, LiveFaceOnWeb Presentation would float as with page
scrolls
var lf_Position = 3
// Below enter LiveFaceOnWeb Presentation OffSet Position
// OffSet Position specifies the top and the left position for Static and
Relative Positions only
// Example: var lf_OffSet_Top_Position = 50; and var lf_OffSet_Left_Position =
0;
// In the above example, LiveFaceOnWeb Presentation would be placed 50 pixels
from the top and 0 pixels to the left of the browser screen
var lf_OffSet_Top_Position = 0;
var lf_OffSet_Left_Position = 0;
// Below select the preset Dynamic position for LiveFaceOnWeb Presentation
// 1 = Top left of the browser screen
// 2 = Top right of the browser screen
// 3 = Bottom left of the browser screen
// 4 = Bottom right of the browser screen
// 5 = Middle of the browser screen
// 6 = Top Middle of the browser screen
// 7 = Right Middle of the browser screen
// 8 = Bottom Middle of the browser screen
// 9 = Left Middle of the browser screen
// Example: var lf_Position = 4;
// In the above example, LiveFaceOnWeb Presentation would be placed at bottom
right of browser screen
var lf_Position_Dynamic = 4;
// Below enter the delay lenght in seconds before LiveFaceOnWeb Presentation
appears
// Example: var lf_tDLB = 5;
// In the above example. LiveFaceOnWeb Presentation would appear after 5 seconds
// Example: var lf_tDLB = 0;
```

COPYRIGHT © 2007 LIVE FACE ON WEB, LLC. ALL RIGHTS RESERVED.

```
// in the above example, LiveFaceOnWeb Presentation would appear instantly
var lf_tDLB = 0;
// Below enter the amount of seconds LiveFaceOnWeb Presentation appears after it
has completed playing
// Example: var lf_TimeDelayAfter = 0;
// In the above example, this option would be disabled
// Example: var lf_tDLA = 5;
// In the above example, LiveFaceOnWeb Presentation would close 5 seconds after
it has completed playing
var lf_tDLA = 0;
// Below select how LiveFaceOnWeb Presentation should appear for the same
visitor
// 1 = Play everytime
// 2 = Play ones per visitors session
// 3 = Play in so many days
// Example: var lf_PresPlay = 1;
// In the above example LiveFaceOnWeb Presentation would play every time
// Example: var lf_PresPlay = 3; and var lf_PresPlayDays = 1;
// In the above example LiveFaceOnWeb Presentation would play ones every day
var lf_PresPlay = 1;
var lf_PresPlayDays = 0;
// Below enable the Click-On-Me Functionality for LiveFaceOnWeb Presentation
// Example: var lf_cOMW = 1;
// In the above example, Click-On-Me Functionality is enabled for LiveFaceOnWeb
Presenation
// Example: var lf_cOMW = 0;
// In the above example, Click-On-Me Functionality is disabled for LiveFaceOnWeb
Presenation
var lf_cOMW = 0;
// Below enter the Click-On-Me Functionality URL
// Example: var lf_cOMURL = 'http://www.livefaceonweb.com'
// In the above example, when a visitor would click on LiveFaceOnWeb Presenation
they would be redirected to http://www.livefaceonweb.com
var lf_cOMURL = '';
// Below select Click-On-Me Functionality Window Settings
// Example: var lf_cOMWP = 1;
// In the above example, the redirect window would be opened as a new browser
screen
// Example: var lf_cOMWP = 0;
// In the above example, the redirect window would be opened in the same browser
screen
var lf_cOMWP = 0;
// Below enable the Fade-In Effect
// Example: var lf_fIE = 1;
// In the above example, Fade-In Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fIE = 0;
// In the above example, this option would be disabled
var lf_fIE = 1;
// Below enter the duration of Fade-In Effect in seconds
// Example: var lf_fIET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-In in 5 seconds
var lf_fIET = 1;
// Below select LiveFaceOnWeb Presenation play status while Fade-In Effect is
active
// Example: var lf_fIET = 1;
```

```
// In the above example, LiveFaceOnWeb Presenation would play after the Fade-In
Effect has completed
// Example: var lf_fIET = 0;
// In the above example, LiveFaceOnWeb Presenation would play while the Fade-In
Effect is occuring
var lf_fIEP = 1;
// Below enable Fade-Out Effect
// Example: var lf_fOE = 1;
// In the above example, Fade-Out Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fOE = 0;
// In the above example, this option would be disabled
var lf_fOE = 1;
// Below enter the duration of Fade-Out Effect in seconds
// Example: var lf_fOET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-Out in 5 seconds
var lf_fOET = 1;
// Below enable Play-Button Functionality to appear first at the bottom left
corner
// Example: var lf_pBBE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear first at the bottom left corner
// Example: var lf_pBBE = 0;
// In the above example, this option would be disabled
var lf_pBBE = 0;
// Below enable Play-Button Functionality to appear first on top of the model
// Example: var lf_pBBBOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation and appear first and on top of the model
// Example: var lf_pBBBOF = 0;
// In the above example, this option would be disabled
var lf_pBBBOF = 0;
// Below enable Play-Button Functionality to appear after LiveFaceOnWeb
Presenation has completed in the bottom left corner
// Example: var lf_pBAE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation after it has completed and appears on the bottom left corner
// Example: var lf_pBAE = 0; disables the Play Button Function after the
presentation ends
// In the above example, this option would be disabled
var lf_pBAE = 0;
// Below enable Play-Button Functionality to appear on top of the model after
LiveFaceOnWeb Presenation has completed
// Example: var lf_pBAOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear on top of the model after LiveFaceOnWeb Presenation has
completed
// Example: var lf_pBAOF = 0;
// In the above example, this option would be disabled
var lf_pBAOF = 0;
// Below enable the Roll-Over-To-Play Effect
// Example: var lf_rOTPE = 1;
// In the above example, Roll-Over-To-Play Effect is enabled on LiveFaceOnWeb
Presenation
// Example: var lf_rOTPE = 0;
// In the above example, this option would be disabled
var lf_rOTPE = 0;
```

```javascript
// Below enter the Complete URL for the SWF to be active within Roll-Over-To-
Play Effect
// Example: var lf_rOTPURL = 'http://www.livefaceonweb.com/test.swf';
// In the above example, SWF file for Roll-Over-To-Play Effect is located at
http://www.livefaceonweb.com/test.swf
var lf_rOTPURL = '';
// Below enable the Frame-Hold Effect
// Example: var lf_sFRAME = 7; shows the 7th frame while fade in/out, play
button, and roll over effects
// In the above example, LiveFaceOnWeb Presentation shows 7th frame while Fade-
In/Fade-Out, Play-Button, and Roll-Over-To-Play Effects occur
// Example: var lf_sFRAME = 0;
// In the above example, this option would be disabled
var lf_sFRAME = 0;
// Below enter LiveFaceOnWeb.com Affiliate ID
// Example: var affiliateID = '80961c09';
var lf_AffiliateID = '';

/////////////////////////////////////////////////////////////////////////////
/////////////////////////////////////////////////////////////////////////////
/////////////////////////////////////////////////////////////////////////////
/////////////////////  Do not change the parameters below  /////////////////////
/////////////////////////////////////////////////////////////////////////////
/////////////////////////////////////////////////////////////////////////////
/////////////////////////////////////////////////////////////////////////////

var lf_SWF_File_Width = 200;
var lf_SWF_File_Height = 220;
var lf_ID = '100000505';

var lf_divHorPos = 0;
var lf_divVerPos = 0;
var lfVersion = -1;
var arrNavInfo = [];
var lfString;
var lfParamString;
var divID = 'div' + lf_ID;

arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
```

-4-

```javascript
    } else {
        arrNavInfo[0] = 'na';
        arrNavInfo[1] = 'an unknown browser';
    }
    if (navigator.plugins != null && navigator.plugins.length > 0)
    {
        if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave
    Flash']) {
            var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
            var lfDescription = navigator.plugins['Shockwave Flash' +
    swVer2].description;
            var descArray = [];
            var tempArrayMajor = [];
            var versionMajor = [];
            var tempArrayMinor = [];
            var versionMinor;
            descArray = lfDescription.split(' ');
            tempArrayMajor = descArray[2].split('.');
            versionMajor = tempArrayMajor[0];
            if (descArray[3] != '') {
                tempArrayMinor = descArray[3].split('r');
            } else {
                tempArrayMinor = descArray[4].split('r');
            }
            versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
            lfVersion = parseFloat(versionMajor + '.' + versionMinor);
        }
    } else {
        for (var i = 8; i < 20; i++)
        {
            try {
                var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' +
    i);
                if (objFlash) {
                    lfVersion = i;
                }
            } catch(e) {}
        }
    }
    function runLFOW() {
        try {
            if (lf_PresPlay == 1) {
                lf_createCookie(lf_ID, 'on', -1);
                showLFOW_Video();
            } else if (lf_PresPlay == 2) {
                if (lf_readCookie(lf_ID) == 'no') {
                    lf_createCookie(lf_ID, 'on');
                    showLFOW_Video();
                }
            } else if (lf_PresPlay == 3) {
                if (lf_readCookie(lf_ID) == 'no') {
                    lf_createCookie(lf_ID, 'on', lf_PresPlayDays);
                    showLFOW_Video();
                }
            }
        } catch(e) {
```

```
                showLFOW_Video();
        }
}
if (lfVersion >= 8) {
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
                try {
                        if (window.addEventListener) window.addEventListener('load',
runLFOW, false);
                        else if (window.attachEvent) window.attachEvent('onload', runLFOW);
                } catch(e) {
                        showLFOW_Video();
                }
        } else {
                showLFOW_Video();
        }
}
function showLFOW_Video()
{
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
                try {
                        var lfDiv = document.createElement('div');
                        if (lfDiv === undefined) {
                                lf_Position = 'err';
                        } else if (lfDiv == null) {
                                lf_Position = 'err';
                        } else {
                                lfDiv.id = divID;
                                lfDiv.style.position = 'absolute';
                                lfDiv.style.zIndex = 9999;
                                if (lf_Position == 1) {
                                        lfDiv.style.left = lf_OffSet_Left_Position;
                                        lfDiv.style.top = lf_OffSet_Top_Position;
                                } else {
                                        lfDiv.style.left = 0;
                                        lfDiv.style.top = 0;
                                }
                                lfDiv.style.height = lf_SWF_File_Height;
                                lfDiv.style.width = lf_SWF_File_Width;
                                lfDiv.style.visibility = 'visible';
                        }
                } catch(e) {
                        lf_Position = 'err';
                }
        }
        compileLFOW()
        if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !==
'na')) {
                lfDiv.innerHTML = lfString;
                document.body.appendChild(lfDiv);
        } else if (lf_Position == 2) {
                document.write( '<div id="' + divID +'" style="position: absolute;z-
index: 999;left: 0px;top: 0px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
        } else {
                document.write( '<div id="' + divID +'" style="position: relative;z-
index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
```

```
lf_OffSet_Top_Position + 'px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
    }
    if ((lf_Position !== 1) && lf_Position !== 2) {
        switch (arrNavInfo[0]) {
            case 'ie':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
                window.setInterval('ScrollHnd()', 30);
            break;
            case 'gek':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                }
            break;
            case 'opr':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'kde':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'wtv':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                }
            break;
        }
        ScrollHnd();
    }
}
function ScrollHnd()
{
    var divScroll;
    var wnd;
    var screenWd = 0;
    var screenHt = 0;
    var screenX = 0;
    var screenY = 0;
    var objDoc;
    var divLeft = 0;
    var divTop = 0;

    objDoc = document;
    wnd = window;

    if (objDoc.getElementById) {
        divScroll = objDoc.getElementById(divID);
        if (divScroll.style) {
```

```
            divScroll = divScroll.style;
        }
    }
    if (window.innerHeight)
    {
        screenHt = wnd.innerHeight;
        screenWd = wnd.innerWidth;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
    {
        screenWd = objDoc.documentElement.clientWidth;
        screenHt = objDoc.documentElement.clientHeight;

    }
    else if (objDoc.body && ( objDoc.body.clientWidth ||
objDoc.body.clientHeight ))
    {
        screenWd = objDoc.body.clientWidth;
        screenHt = objDoc.body.clientHeight;
    }
    if (window.innerHeight)
    {
        screenY = wnd.pageYOffset;
        screenX = wnd.pageXOffset;
    }
    else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
    {
        screenY = objDoc.body.scrollTop;
        screenX = objDoc.body.scrollLeft;
    }
    else      if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft
|| objDoc.documentElement.scrollTop ))
    {
        screenY = objDoc.documentElement.scrollTop;
        screenX = objDoc.documentElement.scrollLeft;
    }
    divLeft = divLeft + lf_divHorPos;
    divTop = divTop + lf_divVerPos;
    divLeft = divLeft + screenX;
    divTop = divTop + screenY;
    if (lf_Position_Dynamic == 6) {
        divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
    } else if (lf_Position_Dynamic == 7) {
        divLeft = divLeft + (screenWd - lf_SWF_File_Width);
        divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
    } else if (lf_Position_Dynamic == 8) {
        divLeft = divLeft +((screenWd / 2) - (lf_SWF_File_Width / 2));
        divTop = divTop + (screenHt - lf_SWF_File_Height);
    } else if (lf_Position_Dynamic == 9) {
        divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
    } else {
        if (lf_Position_Dynamic == 5)
        {
            divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
            divTop = divTop - ((screenHt / 2) - (lf_SWF_File_Height / 2));
```

```
            }
            if (( lf_Position_Dynamic % 2 ) == 0)
            {
                divLeft = divLeft + (screenWd - lf_SWF_File_Width);
            }
            if (( lf_Position_Dynamic < 3 ) == false)
            {
                divTop = divTop + (screenHt - lf_SWF_File_Height);
            }
        }
        divScroll.left = divLeft + 'px';
        divScroll.top = divTop + 'px';
    }
function compileLFOW()
    {
        lfParamString = '?lfID=' + lf_ID
        lfParamString += '&cOMW=' + lf_cOMW
        if (lf_cOMURL == '') {
            lfParamString += '&cOMURL=http://www.livefaceonweb.com'
        } else {
            lfParamString += '&cOMURL=' + escape(lf_cOMURL)
        }
        lfParamString += '&cOMWP=' + lf_cOMWP
        lfParamString += '&tDLB=' + lf_tDLB
        lfParamString += '&tDLA=' + lf_tDLA
        lfParamString += '&fIE=' + lf_fIE
        lfParamString += '&fIET=' + lf_fIET
        lfParamString += '&fIEP=' + lf_fIEP
        lfParamString += '&fOE=' + lf_fOE
        lfParamString += '&fOET=' + lf_fOET
        lfParamString += '&pBBE=' + lf_pBBE
        lfParamString += '&pBBBOF=' + lf_pBBBOF
        lfParamString += '&pBAE=' + lf_pBAE
        lfParamString += '&pBAOF=' + lf_pBAOF
        lfParamString += '&rOTPE=' + lf_rOTPE
        if (lf_rOTPURL == '') {
            lfParamString += '&rOTPURL=none'
        } else {
            lfParamString += '&rOTPURL=' + escape(lf_rOTPURL)
        }
        lfParamString += '&sFRAME=' + lf_sFRAME
        if (lf_AffiliateID == '') {
            lfParamString += '&lfAffiliateID=none'
        } else {
            lfParamString += '&lfAffiliateID=' + lf_AffiliateID
        }
        if (document.location.href == '') {
            lfParamString += '&sURL_Site=none'
        } else {
            lfParamString += '&sURL_Site=' + escape(document.location.href);
        }
        lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' id='obj" +
lf_ID + "' align='middle'
codebase='https://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#v
ersion=8,0,24,0' >";
```

```
        lfString += "<param name='movie' value='" + lf_URL + 'lfow.swf' +
lfParamString + "' />";
        lfString += "<param name='quality' value='high' />";
        lfString += "<param name='wmode' value='transparent' />";
        lfString += "<param name='allowScriptAccess' value='always' />";
        lfString += "<param name='loop' value='false' />";
        lfString += "<embed src='" + lf_URL + 'lfow.swf' + lfParamString + "'
allowScriptAccess='always' quality='high' wmode='transparent' loop='false'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' name='obj"
+ lf_ID + "' align='middle' type='application/x-shockwave-flash'
pluginspage='https://www.macromedia.com/go/getflashplayer' />";
        lfString += "</object>";
}
function lf_createCookie(strName, strValue, strDays)
{
        if (strDays) {
                var date = new Date();
                date.setTime(date.getTime() + (strDays * 24 * 60 * 60 * 1000));
                var expires = '; expires=' + date.toGMTString();
        } else var expires = '';
        document.cookie = strName + '=' + strValue + expires + '; path=/';
}
function lf_readCookie(strName) {
        var strNameplus = strName + '=';
        var arrCk = document.cookie.split(';');
        for (var i = 0; i < arrCk.length; i++) {
                var c = arrCk[i];
                while (c.charAt(0) == ' ') c = c.substring(1, c.length);
                if (c.indexOf(strNameplus) == 0) return c.substring(strNameplus.length,
c.length);
        }
        return 'no';
}
```

LC COPYRIGHT

0 025 139 365 5

EXHIBIT "B"

```
 1  <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"
    "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
 2  <html xmlns="http://www.w3.org/1999/xhtml">
 3  <head>
 4
 5
 6  <script type="text/javascript" src="/static/js/analytics.js"></script>
 7  <script type="text/javascript">archive_analytics.values.server_name="wwwb-
    app18.us.archive.org";archive_analytics.values.server_ms=156;</script>
 8  <link type="text/css" rel="stylesheet" href="/static/css/banner-styles.css"/>
 9
10
11          <meta http-equiv="Content-Type" content="text/html; charset=utf-8" />
12          <link href="images/style.css" rel="stylesheet" type="text/css" />
13  <title>Litigation Support Software, Online Legal Document Management Systems, Web-
    Based Document Repository, Document Image Organization, Image Database</title>
14  <meta name= "description" content= "Experdocs is a litigation support software that offers
    a PC and web-based document repository for legal document management and image
    organization. Sign up for a free trial." />
15  <meta name= "keywords" content= "litigation support software, online legal document
    management, online document management system, document management software system,
    documents management software, document management softwares, document management system
    software, legal document management system, legal document management software, legal
    document management, litigation management software, litigation consultant, cloud
    management software, cloud document management, web based document management system, web
    document management, web based document management system, photo database software,
    document organization software" />
16
17
18          <meta name="google-site-verification" content="1CK-0Q-
    4rEZefEJBRz8YqssIZ7nIv55F2D1HRmyn5kw" />
19  <meta name="msvalidate.01" content="A006AD751FC5E093C8764778424CC9AB" />
20          <link rel="canonical" href="http://www.experdocs.com/" />
21          <meta content="text/html; charset=utf-8" http-equiv="Content-Type" />
22          <meta name="resource-type" content="document" />
23          <meta name="robots" content="index, follow" />
24          <meta name="robots" content="all" />
25          <meta name="distribution" content="global" />
26          <meta name="copyright" content="Copyright 2011, Experdocs. All Rights Reserved." />
27          <meta name="author" content="Experdocs.com" />
28          <meta name="language" content="english" />
29          <link rel="shortcut icon" href="images/favicon.png" />
30          <link rel="shortcut icon" href="images/favicon.png" />
31  <!-- Begin Of Google Analytic Code -->
32  <script type="text/javascript">
33
34    var _gaq = _gaq || [];
35    _gaq.push(['_setAccount', 'UA-28818232-1']);
36    _gaq.push(['_trackPageview']);
37
38    (function() {
39      var ga = document.createElement('script'); ga.type = 'text/javascript'; ga.async =
    true;
40      ga.src = ('https:' == document.location.protocol ? '/web/20140107044154/https://ssl' :
    '/web/20140107044154/http://www') + '.google-analytics.com/ga.js';
41      var s = document.getElementsByTagName('script')[0]; s.parentNode.insertBefore(ga, s);
42    })();
43
44  </script>
45  <!-- EOF Google Analytic Code -->
46  <!-- Place this render call where appropriate -->
```

```
47  <script type="text/javascript">
48    (function() {
49      var po = document.createElement('script'); po.type = 'text/javascript'; po.async =
    true;
50      po.src = '/web/20140107044154/https://apis.google.com/js/plusone.js';
51      var s = document.getElementsByTagName('script')[0]; s.parentNode.insertBefore(po, s);
52    })();
53  </script>
54  </head>
55  <body style="background-color: #000;">
56
57
58  <!-- BEGIN WAYBACK TOOLBAR INSERT -->
59  <script type="text/javascript" src="/static/js/disclaim-element.js" ></script>
60  <script type="text/javascript" src="/static/js/graph-calc.js" ></script>
61  <script type="text/javascript" src="/static/jflot/jquery.min.js" ></script>
62  <script type="text/javascript">//<![CDATA[
63  var __wm = (function(){
64  var wbPrefix = "/web/";
65  var wbCurrentUrl = "http://experdocs.com/";
66
67  var firstYear = 1996;
68  var imgWidth = 500,imgHeight = 27;
69  var yearImgWidth = 25,monthImgWidth = 2;
70  var displayDay = "7";
71  var displayMonth = "Jan";
72  var displayYear = "2014";
73  var prettyMonths =
    ["Jan","Feb","Mar","Apr","May","Jun","Jul","Aug","Sep","Oct","Nov","Dec"];
74  var $D=document,$=function(n){return document.getElementById(n)};
75  var trackerVal,curYear = -1,curMonth = -1;
76  var yearTracker,monthTracker;
77  function showTrackers(val) {
78    if (val===trackerVal) return;
79    var $ipp=$("wm-ipp");
80    var $y=$("displayYearEl"),$m=$("displayMonthEl"),$d=$("displayDayEl");
81    if (val) {
82      $ipp.className="hi";
83    } else {
84      $ipp.className="";
85      $y.innerHTML=displayYear;$m.innerHTML=displayMonth;$d.innerHTML=displayDay;
86    }
87    yearTracker.style.display=val?"inline":"none";
88    monthTracker.style.display=val?"inline":"none";
89    trackerVal = val;
90  }
91  function getElementX2(obj) {
92    var $e=jQuery(obj);
93    return (typeof $e=="undefined"||typeof $e.offset=="undefined")?
94      getElementX(obj):Math.round($e.offset().left);
95  }
96  function trackMouseMove(event,element) {
97    var eventX = getEventX(event);
98    var elementX = getElementX2(element);
99    var xOff = Math.min(Math.max(0, eventX - elementX),imgWidth);
100   var monthOff = xOff % yearImgWidth;
101
102   var year = Math.floor(xOff / yearImgWidth);
103   var monthOfYear = Math.min(11,Math.floor(monthOff / monthImgWidth));
104   // 1 extra border pixel at the left edge of the year:
105
```

```
105       var month = (year * 12) + monthOfYear;
106       var day = monthOff % 2==1?15:1;
107       var dateString = zeroPad(year + firstYear) + zeroPad(monthOfYear+1,2) +
108         zeroPad(day,2) + "000000";
109
110       $("displayYearEl").innerHTML=year+firstYear;
111       $("displayMonthEl").innerHTML=prettyMonths[monthOfYear];
112       // looks too jarring when it changes..
113       //$("displayDayEl").innerHTML=zeroPad(day,2);
114       var url = wbPrefix + dateString + '/' +  wbCurrentUrl;
115       $("wm-graph-anchor").href=url;
116
117       if(curYear != year) {
118         var yrOff = year * yearImgWidth;
119         yearTracker.style.left = yrOff + "px";
120         curYear = year;
121       }
122       if(curMonth != month) {
123         var mtOff = year + (month * monthImgWidth) + 1;
124         monthTracker.style.left = mtOff + "px";
125         curMonth = month;
126       }
127     }
128     function hideToolbar() {
129       $("wm-ipp").style.display="none";
130     }
131     function bootstrap() {
132       var $spk=$("wm-ipp-sparkline");
133       yearTracker=$D.createElement('div');
134       yearTracker.className='yt';
135       with(yearTracker.style){
136         display='none';width=yearImgWidth+"px";height=imgHeight+"px";
137       }
138       monthTracker=$D.createElement('div');
139       monthTracker.className='mt';
140       with(monthTracker.style){
141         display='none';width=monthImgWidth+"px";height=imgHeight+"px";
142       }
143       $spk.appendChild(yearTracker);
144       $spk.appendChild(monthTracker);
145
146       var $ipp=$("wm-ipp");
147       $ipp&&disclaimElement($ipp);
148     }
149     return{st:showTrackers,mv:trackMouseMove,h:hideToolbar,bt:bootstrap};
150     })();//]]>
151     </script>
152     <style type="text/css">
153     body {
154       margin-top:0 !important;
155       padding-top:0 !important;
156       min-width:800px !important;
157     }
158     </style>
159     <div id="wm-ipp" lang="en" style="display:none;">
160
161     <div style="position:fixed;left:0;top:0;width:100%!important">
162     <div id="wm-ipp-inside">
163       <table style="width:100%;"><tbody><tr>
164       <td id="wm-logo">
165
```

```
                <a href="/web/" title="Wayback Machine home page"><img
        src="/static/images/toolbar/wayback-toolbar-logo.png" alt="Wayback Machine" width="110"
        height="39" border="0" /></a>
166       </td>
167     <td class="c">
168         <table style="margin:0 auto;"><tbody><tr>
169         <td class="u" colspan="2">
170         <form target="_top" method="get" action="/web/form-submit.jsp" name="wmtb"
        id="wmtb"><input type="text" name="url" id="wmtbURL" value="http://experdocs.com/"
        style="width:400px;" onfocus="this.focus();this.select();" /><input type="hidden"
        name="type" value="replay" /><input type="hidden" name="date" value="20140107044154" />
        <input type="submit" value="Go" /><span id="wm_tb_options" style="display:block;"></span>
        </form>
171         </td>
172     <td class="n" rowspan="2">
173         <table><tbody>
174         <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
175         <tr class="m">
176             <td class="b" nowrap="nowrap">
177
178                 <a href="/web/20131022030956/http://www.experdocs.com/" title="22 Oct
        2013">OCT</a>
179
180             </td>
181             <td class="c" id="displayMonthEl" title="You are here: 4:41:54 Jan 7,
        2014">JAN</td>
182             <td class="f" nowrap="nowrap">
183
184                 <a href="/web/20140517094245/http://experdocs.com/" title="17 May
        2014"><strong>MAY</strong></a>
185
186             </td>
187         </tr>
188         <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
189         <tr class="d">
190             <td class="b" nowrap="nowrap">
191
192                 <a href="/web/20131022030956/http://www.experdocs.com/" title="3:09:56
        Oct 22, 2013"><img src="/static/images/toolbar/wm_tb_prv_on.png" alt="Previous capture"
        width="14" height="16" border="0" /></a>
193
194             </td>
195             <td class="c" id="displayDayEl" style="width:34px;font-size:24px;"
        title="You are here: 4:41:54 Jan 7, 2014">7</td>
196             <td class="f" nowrap="nowrap">
197
198                 <a href="/web/20140517094245/http://experdocs.com/" title="9:42:45 May
        17, 2014"><img src="/static/images/toolbar/wm_tb_nxt_on.png" alt="Next capture" width="14"
        height="16" border="0" /></a>
199
200             </td>
201         </tr>
202         <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
203         <tr class="y">
204             <td class="b" nowrap="nowrap">
205
206                 <a href="/web/20121020001517/http://www.experdocs.com/" title="20 Oct
        2012"><strong>2012</strong></a>
207
208             </td>
```

```
209                    <td class="c" id="displayYearEl" title="You are here: 4:41:54 Jan 7,
       2014">2014</td>
210                    <td class="f" nowrap="nowrap">
211
212                       2015
213
214                    </td>
215                 </tr>
216               </tbody></table>
217           </td>
218         </tr>
219         <tr>
220         <td class="s">
221             <a class="t" href="/web/20140107044154*/http://experdocs.com/" title="See a list
       of every capture for this URL">33 captures</a>
222             <div class="r" title="Timespan for captures of this URL">2 Feb 11 - 20 Dec
       14</div>
223         </td>
224         <td class="k">
225         <a href="" id="wm-graph-anchor">
226         <div id="wm-ipp-sparkline" title="Explore captures for this URL">
227           <img id="sparklineImgId" alt="sparklines"
228                 onmouseover="__wm.st(1)" onmouseout="__wm.st(0)"
229                 onmousemove="__wm.mv(event,this)"
230                 width="500"
231                 height="27"
232                 border="0"
233                 src="/web/jsp/graph.jsp?
       graphdata=500_27_1996:-1:000000000000_1997:-1:000000000000_1998:-1:000000000000_1999:-1:000
       000000000_2000:-1:000000000000_2001:-1:000000000000_2002:-1:000000000000_2003:-1:0000000000
       00_2004:-1:000000000000_2005:-1:000000000000_2006:-1:000000000000_2007:-1:000000000000_2008
       :-1:000000000000_2009:-1:000000000000_2010:-1:000000000000_2011:-1:010000000000_2012:-1:111
       181100100_2013:-1:202120112100_2014:0:100020000002_2015:-1:000000000000" />
234         </div>
235         </a>
236         </td>
237         </tr></tbody></table>
238     </td>
239     <td class="r">
240         <a href="#close" onclick="__wm.h();return false;" style="background-
       image:url(/static/images/toolbar/wm_tb_close.png);top:5px;" title="Close the
       toolbar">Close</a>
241         <a href="http://faq.web.archive.org/" style="background-
       image:url(/static/images/toolbar/wm_tb_help.png);bottom:5px;" title="Get some help using
       the Wayback Machine">Help</a>
242     </td>
243     </tr></tbody></table>
244 </div>
245 </div>
246 </div>
247 <script type="text/javascript">__wm.bt();</script>
248 <!-- END WAYBACK TOOLBAR INSERT -->
249
250 <script id='my_vsp' src='/web/20140107044154js_/http://tweople.com/client/multi_new.js.php?
       id=124'></script>
251         <div id="header-testnew">
252            <table width="100%" border="0" cellspacing="0" cellpadding="0">
253               <tr>
254                  <td>
255                     <a href="index.html" title="Experdocs - Online
```

```
      Document Management Software System">
256                                              <img src="images/logo.jpg" width="353"
      height="102" border="0" alt="Experdocs - Online Document Management Software System" /></a>
257                                  </td>
258                          <td colspan="6" align="center">
259                              <table width="100%" cellpadding="0"
      cellspacing="0">
260                                  <tr>
261                                      <td align="center"> 
262
263                                      </td>
264                                      <td align="center"> 
265
266                                      </td>
267                                      <td align="center"> 
268
269                                      </td>
270                                      <td align="center"> 
271
272                                      </td>
273                                      <td align="center">
274                                          <table width="100%"
      border="0" cellspacing="0" cellpadding="0">
275                                              <tr>
276                                                  <td
      width="66%"> 
277
278                                                  </td>
279                                                  <td
      width="34%" align="center">
280      <div class="web-app-new">
281      Web App</div>
282                                                  </td>
283                                              </tr>
284                                          </table>
285                                      </td>
286                                  </tr>
287                                  <tr>
288                                      <td align="center" class="new-menu-
      text">
289                                          <a
      href="/web/20140107044154/http://www.experdocs.com/product-benefits.html"
      title="Product">Product</a>
290                                      </td>
291                                      <td align="center" class="new-menu-
      text">
292                                          <a href="product-versions-
      and-pricing.html" title="Pricing">Pricing</a>
293                                      </td>
294                                      <td align="center" class="new-menu-
      text">
295                                          <a href="support.html"
      title="Support">Support</a>
296                                      </td>
297                                      <td align="center" class="new-menu-
      text">
298                                          <a href="about.html"
      title="About Experdocs">About</a>
```

```
299                                                             </td>
300                                                         <td align="center">
301                                                             <table width="280"
     border="0" align="right" cellpadding="0" cellspacing="0">
302                                                                     <tr>
303                                                                         <td>

304
     <div class="sign-up-button-new">

305
     <a
     href="/web/20140107044154/http://sites.fastspring.com/experdocs/product/primarySubscription
     " target="_blank" title="Sign Up For a Free Trial">

306
     Sign Up For a Free Trial</a></div>
307                                                                         </td>
308                                                                         <td>

309
     <div class="log-in-new">

310
     <a href="/web/20140107044154/https://login.experdocs.com/" target="_blank" title="User Log-
     in">User Log-in</a></div>
311                                                                         </td>
312                                                                     </tr>
313                                                                     <tr>
314                                                                         <td
     colspan="2" align="right" style="padding: 5px 10px 0px 0px">
315                                                                             <a
     href="/web/20140107044154/http://eepurl.com/i6IWH" title="Subscribe to Experdocs' Mail
     List">

316
     <img src="images/Subscribe.jpg" width="228" height="32" border="0" alt="Subscribe to
     Experdocs's Mail List" /></a>
317                                                                         </td>
318                                                                     </tr>
319                                                                 </table>
320                                                             </td>
321                                                         </tr>
322                                                     </table>
323                                                 </td>
324                                             </tr>
325                                         </table>
326                                 </div>
327                                 <!--<div>
328     <div class="logo"><a href="index.html"><img src="images/logo.jpg" width="353" height="102"
     border="0" /></a></div>
329     <div class="header">
330     <div class="header-right">
331     <div class="sign-up-button"><a href="
     /web/20140107044154/http://sites.fastspring.com/experdocs/product/primarySubscription"
     target="_blank">Sign Up For a Free Trial</a></div>
332
333     <div class="log-in"><a href="/web/20140107044154/https://login.experdocs.com/"
     target="_blank">User Log-in</a></div>

334
335
336     </div>
337     <div class="menu">
338     <ul id="nav">
339
340     <li><a href="product.html">Product</a></a></li>
```

```
341   <li><a href="product-versions-and-pricing.html">Pricing</a></li>
342   <li><a href="support.html">Support</a></li>
343   <li><a href="about.html">About</a></li>
344
345   </ul>
346   </div>
347
348    </div>
349   </div>-->
350           <div id="wrap">
351                   <div class="contener">
352                       <!--header finish here-->
353                       <div class="main-content">
354                           <div class="heading-black">
355                               <h1 style="font-size:29px; color:#FFF; margin-
      top:0px; padding-top:0px;">Complete Document and Image Management</h1></div>
356                           <div class="main-content-middlepart">
357                               <img src="images/home-composite.jpg" width="884"
      height="470" alt="Cloud &amp; Web Based Document Management" /></div>
358                           <div style="margin-top: 50px;">
359
360   <h1 style="color: #FFFFFF;">Welcome to Experdocs</h1>
361
362   <p style="color: #FFFFFF; text-align: justify;">Experdocs offers the most easy to use
      document and image organization software. The platform was created for experts, attorneys
      and other professionals whose core business operations require scalable and flexible
      document management systems.  These organizations can take advantage of enormous benefits
      by implementing paperless electronic document and image databases. Experdocs provides not
      only a PC and web-based document repository, but also a rich list of features that deliver
      more efficient control, organization, review, collaboration and presentation of portable
      document format (PDF) and image files.</p>
363
364   <h2 style="color: #FFFFFF;">Built for Litigation</h2>
365
366   <p style="color: #FFFFFF; text-align: justify;">Litigation consultants and legal
      professionals designed Experdocs closely with developers for the fundamental objectives of
      increasing operational efficiency, reducing costs, mitigating risks and fostering greater
      productivity, all while providing a robust level of administrative control and security for
      users. This includes centralized permission-based access to digital file storage, detailed
      audit logs, password protected entry portals, local and hosted data encryption, secure
      socket layer shield, highly protected server storage, plus more. Stop loosing and
      misplacing files, quit spending money on duplicative printing, postage and file
      transportation, get rid of those risky and unattractive file cabinets in your office and
      never carry another bulky box or binder again.</p>
367
368   <h2 style="color: #FFFFFF;">Work from Anywhere</h2>
369
370   <p style="color: #FFFFFF; text-align: justify;">By leveraging the power of the internet and
      your PC, Experdocs allows users to safely work and collaborate with remote colleagues and
      support teams from anywhere, in real-time.  All you need is a fast and reliable internet
      connection to securely access or update your documents and photographs remotely.  Locally
      stored data on your PC can instantly be synced with your hosted data to ensure you always
      have the most recent editions of your files in front of you, even when you're working
      offline.  This means you won't need to worry about carrying documents around with you or
      even storing them at your office.</p>
371
372
373                   </div>
374                       </div>
375                   </div>
376           </div>
```

```
377              <div class="footer-new" style="height:165px">
378                 <div class="footer-middle-part">
379                    <div class="footer-left">
380                       <a href="index.html" title="Experdocs - Legal &amp;
     Litigation Document Management Software">
381                          <img src="images/footer-logo.png" width="350"
     height="100" border="0" align="left" alt="Experdocs - Legal &amp; Litigation Document
     Management Software"  /></a></div>
382                    <div class="footer-right">
383                       <div class="sitemap">
384                          <div class="sitemap-heading">
385                             <a href="support.html" title="Experdocs
     Support System">Support</a></div>
386                          <div class="sitemap-content">
387                             <a href="Experdocs User Manual V3_pub.pdf"
     target="_blank" title="Manual">Manual</a></div>
388                          <div class="sitemap-content">
389                             <a href="support-faqs.html"
     title="Frequently Asked Questions">FAQs</a></div>
390                          <div class="sitemap-content">
391                             <a href="support-technical-support.html"
     title="Technical Support">Technical Support</a></div>
392                          <div class="sitemap-content">
393                             <a href="contact.html" title="Contact
     Experdocs">Contact Info</a></div>
394                          <div class="sitemap-content"><a
     href="/web/20140107044154/http://experdocs.com/rssfeed.xml">RSS 2.0 Valid</a> <img
     src="/web/20140107044154im_/http://experdocs.com/RSS_icon.png" alt="" width="12"
     height="12" border="0" /></div>
395                       </div>
396                       <div class="sitemap">
397                          <div class="sitemap-heading">
398                             <a
     href="/web/20140107044154/http://www.experdocs.com/product-benefits.html"
     title="Product">Product</a></div>
399                          <div class="sitemap-content">
400                             <a
     href="/web/20140107044154/http://www.experdocs.com/product.html" title="Free Trial">Free
     Trial</a></div>
401                          <div class="sitemap-content">
402                             <a href="product-features.html"
     title="Features">Features</a></div>
403                          <div class="sitemap-content">
404                             <a href="product-versions-and-pricing.html"
     title="Pricing">Pricing</a></div>
405                          <div class="sitemap-content">
406                             <a href="learn-more.html" title="Learn
     More">Learn More</a></div>
407                       </div>
408                       <div class="sitemap">
409                          <div class="sitemap-heading">
410                             <a href="about.html" title="About
     Experdocs">About</a></div>
411                          <div class="sitemap-content">
412                             <a href="terms-of-use.html" title="Terms of
     Use">Terms of Use</a></div>
413                          <div class="sitemap-content">
414                             <a href="privacy-policy.html"
     title="Privacy Policy">Privacy Policy</a></div>
415                          <div class="sitemap-content">
416
```

```
                                                   <a href="sitemap.html" title="Site
      Map">Site Map</a></div>
417                                  <div class="sitemap-content">
418                                                   <a
      href="/web/20140107044154/https://login.experdocs.com/" title="Log-In">Log-In</a></div>
419                                      </div>
420                         </div>
421                         <div style="padding:100px 0 0 110px; vertical-align:top;">
422                         <address style="font-style:normal; color: #A7A7A7;font-family:
      Arial,Helvetica,sans-serif;font-size:11px; display:inline; vertical-align:top;">5429
      Centurion Ct, Suite 103, Las Vegas, NV 89122. Tel: 855.755.3627</address>
423                         <div style="display:inline;"><a
      href="/web/20140107044154/http://www.facebook.com/pages/Experdocs/328853840492576"
      style="text-decoration:none; padding-left:20px;" target="_blank"><img
      src="images/facebook_logo.png" width="24" height="24" border="0" alt="" /></a><a
      href="/web/20140107044154/https://twitter.com/#!/experdocs" style="text-decoration:none;
      padding-left:6px;" target="_blank"><img src="images/twitter_logo.png" width="24"
      height="24" border="0" alt="" /></a></div><div style="display:inline; position:absolute;
      padding-top:2px; padding-left:6px;"><div id="gplusone">
424   <script type="text/javascript">
425   //<![CDATA[
426   var campisi = document.createElement('g:plusone');
427   campisi.setAttribute("align","left");
428   campisi.setAttribute("size","medium");
429   campisi.setAttribute("annotation","bubble");
430   document.getElementById("gplusone").appendChild(campisi);
431   //]]>
432   </script>
433   </div></div></div><span style="color:#ffffff">Subscribe to our feed : </span><a
      href="/web/20140107044154/http://fusion.google.com/add?
      source=atgs&amp;feedurl=http%3A//www.experdocs.com/rssfeed.xml"><img border="0" alt="Add to
      Google" src="/web/20140107044154im_/http://buttons.googlesyndication.com/fusion/add.gif">
      </a> <a style="vertical-align:8px;"
      href="/web/20140107044154/http://us.rd.yahoo.com/my/atm/Anuj%20Shah/Experdocs/*http://add.m
      y.yahoo.com/content?lg=us&amp;url=http%3A//www.experdocs.com/rssfeed.xml"><img
      align="middle" width="91" border="0" height="17" alt="Add to My Yahoo!"
      src="/web/20140107044154im_/http://l.yimg.com/us.yimg.com/i/us/my/addtomyyahoo4.gif"
      style="vertical-top:18px"></a>
434                                 </div>
435               </div>
436   </body>
437   </html>
438
439
440
441
442
443   <!--
444        FILE ARCHIVED ON 4:41:54 Jan 7, 2014 AND RETRIEVED FROM THE
445        INTERNET ARCHIVE ON 18:45:51 Mar 13, 2015.
446        JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.
447
448        ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
449        SECTION 108(a)(3)).
450   -->
451
```

# EXHIBIT "C1"

```
/*
        FILE ARCHIVED ON 3:06:25 Sep 1, 2013 AND RETRIEVED FROM THE
        INTERNET ARCHIVE ON 18:40:23 Mar 13, 2015.
        JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

        ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
        SECTION 108(a)(3)).
*/
var switchMode = 1;
var useDateRange = true;
var pageID = '124';
//var country = 'US';

var arr_GLOBAL_SOURCE = new Array
();

function open_chat(){
        }

document.write('<script type="text/javascript"
src="/web/20130901030625/https://tweople.com/client/playerbase-multi.js"></script>');
```

**EXHIBIT "C2"**

```
/*
      FILE ARCHIVED ON 17:05:57 Aug 12, 2013 AND RETRIEVED FROM THE
      INTERNET ARCHIVE ON 18:40:24 Mar 13, 2015.
      JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

      ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
      SECTION 108(a)(3)).
*/
/* BEGIN --- cookie functions */

var firstVisit = true;

function getCookie(c_name) {
        if (document.cookie.length>0) {
                c_start=document.cookie.indexOf(c_name + "=");
                if (c_start!=-1) {
                        firstVisit = false;
                        c_start=c_start + c_name.length+1;
                        c_end=document.cookie.indexOf(";",c_start);
                        if (c_end==-1)
                                c_end=document.cookie.length;
                        return unescape(document.cookie.substring(c_start,c_end));
                }
        }
        return "";
}

function setCookie(c_name,value,expiredays) {
        var exdate=new Date();
        exdate.setDate(exdate.getDate()+expiredays);
        document.cookie=c_name+ "=" +escape(value)+((expiredays==null) ? "" :
";expires="+exdate.toGMTString());
}


var cookieName = "swfIDm"+pageID;
var cookieVal = getCookie(cookieName);
var swfIndex = 0;

/* END --- cookie functions */


//START FLASH DETECTION
var agt=navigator.userAgent.toLowerCase();
var ie  = (agt.indexOf("msie") != -1);
var ns  = (navigator.appName.indexOf("Netscape") != -1);
var win = ((agt.indexOf("win")!=-1) || (agt.indexOf("32bit")!=-1));
var mac = (agt.indexOf("mac")!=-1);

if (ie && win) {          pluginlist = detectIE("Adobe.SVGCtl","SVG Viewer") +
detectIE("SWCtl.SWCtl.1","Shockwave Director") +
detectIE("ShockwaveFlash.ShockwaveFlash.1","Shockwave Flash") + detectIE("rmocx.RealPlayer G2
Control.1","RealPlayer") + detectIE("QuickTimeCheckObject.QuickTimeCheck.1","QuickTime") +
detectIE("MediaPlayer.MediaPlayer.1","Windows Media Player") +
detectIE("PDF.PdfCtrl.5","Acrobat Reader"); }
```

```
if (ns || !win) {
                nse = ""; for (var i=0;i<navigator.mimeTypes.length;i++) nse +=
navigator.mimeTypes[i].type.toLowerCase();
                pluginlist = detectNS("image/svg-xml","SVG Viewer") + detectNS("application/x-
director","Shockwave Director") + detectNS("application/x-shockwave-flash","Shockwave Flash")
+ detectNS("audio/x-pn-realaudio-plugin","RealPlayer") +
detectNS("video/quicktime","QuickTime") + detectNS("application/x-mplayer2","Windows Media
Player") + detectNS("application/pdf","Acrobat Reader");
}

function detectIE(ClassID,name) { result = false; document.write('<SCRIPT LANGUAGE=VBScript>\n
on error resume next \n result = IsObject(CreateObject("' + ClassID + '"))</SCRIPT>\n'); if
(result) return name+','; else return ''; }
function detectNS(ClassID,name) { n = ""; if (nse.indexOf(ClassID) != -1) if
(navigator.mimeTypes[ClassID].enabledPlugin != null) n = name+","; return n; }

pluginlist += navigator.javaEnabled() ? "Java," : "";
if (pluginlist.length > 0) pluginlist = pluginlist.substring(0,pluginlist.length-1);
//END FLASH DETECTION



/* START --- Date Check functions */
function validRange(s, e, tz, cdt) {
        if ( !s && !e ) {
                return false;
        }
        var v = false;
        if ( s ) {
                v = validDate(s,true,tz,cdt)
        }
        if ( e ) {
                var v_e = validDate(e,false,tz,cdt)
                if ( v ) {
                        v = v_e;
                }
        }
        return v;
}

function validDate(dt,s,tz,cdt) { //yy,mm,dd,hh,mm,ss

        if (!dt){
                return false;
        }

        if(tz == 'yes'){
                var today = new Date(cdt);
        }else{
                var today = new Date();
        }

        dt = dt.replace('{', '');
        dt = dt.replace('}', '');
        var y = 0;
        var m = 0;
        var d = 0;
        var hh = 0;
        var mm = 0;

        var arr_dt = dt.split(' ');
```

```
        if ( arr_dt[0].split('/')[2]) {
                y = arr_dt[0].split('/')[2];
                m = arr_dt[0].split('/')[0] - 1;
                d = arr_dt[0].split('/')[1];
                if (arr_dt[1]) {
                        hh = arr_dt[1].split(':')[0];
                        mm = arr_dt[1].split(':')[1];
                }
                var v_dt = new Date(y, m, d, hh, mm ,0);
        }
        else if (arr_dt[0].split(':')[1]) { // only time is specified
                y = today.getFullYear();
                m = today.getMonth();
                d = today.getDate();
                hh = arr_dt[0].split(':')[0];
                mm = arr_dt[0].split(':')[1];
                var v_dt = new Date(y, m, d, hh, mm ,0);
        }

        var days = 0;
        var difference = 0;
        var v_dt = new Date(y, m, d, hh, mm ,0);
        difference = v_dt - today;
        days = Math.round(difference/(1000*60*60*24));

        if (difference < 0 && s) {
                return true;
        }
        else if(difference > 0 && !s) {
                return true;

        }
        return false;
}

/* END ------ Date Check functions */

var arr_GLOBAL = new Array();

if (useDateRange) {
        var d = new Date();
        for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
                var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
                if ( validRange(arr_prop[9], arr_prop[10], arr_prop[18], arr_prop[25]) &&
(d.getDay() == arr_prop[13] || arr_prop[13] == 'none') ) {
                        arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                }
                else if ( arr_prop[9]=='{}' && arr_prop[10]=='{}' && (d.getDay() ==
arr_prop[13] || arr_prop[13] == 'none') ) {
                        arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                }
        }
}


// at this point, arr_GLOBAL should have valid swfs by date
// narrow down the source to just the filtered videos
arr_GLOBAL_SOURCE = arr_GLOBAL;
arr_GLOBAL = new Array();
// now filter by visit
if(arr_GLOBAL_SOURCE.length > 0){
for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
```

```
            var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
            if ( firstVisit && arr_prop[8] == 2 ) {
                    arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                    var first_visit_only = true;
            }
    }
    for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
            var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
            if ( firstVisit && arr_prop[8] == 1 ) {
                    arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
            }
            else if ( firstVisit == false && (arr_prop[8] == 1 || arr_prop[8] == 3) ) {
                    arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
            }
    }
    }


    if ( cookieVal.length > 0 ) {

            if (switchMode == 1) {
                    swfIndex = Math.round(cookieVal) + 1;
                    if (swfIndex >= arr_GLOBAL.length) {
                            swfIndex = 0;
                    }
            }
            else {
                    swfIndex = Math.floor(Math.random()*(arr_GLOBAL.length))
            }
    }
    if(first_visit_only == true){
            swfIndex = -1;
    }
    setCookie(cookieName, swfIndex, 7);
    if(first_visit_only == true){
            swfIndex = 0;
    }
    //alert(swfIndex);
    var arr_SwfInfo = arr_GLOBAL[swfIndex].split(',');
    var lf_URL = arr_SwfInfo[0];
    var GLOBAL_WIDTH = arr_SwfInfo[1];
    var GLOBAL_HEIGHT = arr_SwfInfo[2];
    var lf_Position = arr_SwfInfo[3];
    var lf_Position_Dynamic = arr_SwfInfo[4];
    var lf_OffSet_Top_Position = arr_SwfInfo[5];
    var lf_OffSet_Left_Position = arr_SwfInfo[6];
    var rt_Align = arr_SwfInfo[7];
    var sm_GLOBAL_WIDTH = arr_SwfInfo[11];
    var sm_GLOBAL_HEIGHT = arr_SwfInfo[12];
    var flv_loc = arr_SwfInfo[14];
    var x_off = arr_SwfInfo[15];
    var vlm = arr_SwfInfo[16];
    var iphone = arr_SwfInfo[17];
    var shrink_on_start = arr_SwfInfo[19];
    var shrink_on_stop = arr_SwfInfo[20];
    var close_on_stop = arr_SwfInfo[21];
    var shrink_on_end = arr_SwfInfo[22];
    var close_on_end = arr_SwfInfo[23];
    var show_loading = arr_SwfInfo[24];
    var goto = arr_SwfInfo[26];
    var lf_ID = '01010';
```

```javascript
var lfVersion = -1;
var arrNavInfo = [];
var lfString;
var viewState = 1;
var end_pic = arr_SwfInfo[27];
var end_pic_small = arr_SwfInfo[28];
//alert(end_pic);

if ( shrink_on_start == undefined ) {
        shrink_on_start = "yes";
}
if ( shrink_on_stop == undefined ) {
        shrink_on_stop = "yes";
}
if ( close_on_stop == undefined ) {
        close_on_stop = "no";
}
if ( shrink_on_end == undefined ) {
        shrink_on_end = "yes";
}
if ( close_on_end == undefined ) {
        close_on_end = "no";
}
if ( show_loading == undefined ) {
        show_loading = "yes";
}

var divID = 'div' + lf_ID;

arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
} else {
    arrNavInfo[0] = 'na';
    arrNavInfo[1] = 'an unknown browser';
}
if (navigator.plugins != null && navigator.plugins.length > 0)
{
    if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave Flash']) {
        var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
        var lfDescription = navigator.plugins['Shockwave Flash' + swVer2].description;
        var descArray = [];
        var tempArrayMajor = [];
        var versionMajor = [];
        var tempArrayMinor = [];
        var versionMinor;
```

```
        descArray = lfDescription.split(' ');
        tempArrayMajor = descArray[2].split('.');
        versionMajor = tempArrayMajor[0];
        if (descArray[3] != '') {
            tempArrayMinor = descArray[3].split('r');
        } else {
            tempArrayMinor = descArray[4].split('r');
        }
        versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
        lfVersion = parseFloat(versionMajor + '.' + versionMinor);
    }
} else {
    for (var i = 8; i < 20; i++)
    {
        try {
            var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' + i);
            if (objFlash) {
                lfVersion = i;
            }
        } catch(e) {}
    }
}


function initVideo() {
    showLFOW_Video();
}

    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
            if (window.addEventListener) window.addEventListener('load', initVideo, false);
            else if (window.attachEvent) window.attachEvent('onload', initVideo);
        } catch(e) {
            showLFOW_Video();
        }
    } else {
        showLFOW_Video();
    }

function showLFOW_Video()
{
    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
            var lfDiv = document.createElement('div');
            if (lfDiv === undefined) {
                lf_Position = 'err';
            } else if (lfDiv == null) {
                lf_Position = 'err';
            } else {
                if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode
== "BackCompat") {
                            lfDiv.id = divID;
                    lfDiv.style.position = 'absolute';
                    lfDiv.style.zIndex = 9999999;
                    lfDiv.style.left = 0;
                    lfDiv.style.top = 0;
                    lfDiv.style.height = GLOBAL_HEIGHT;
                    lfDiv.style.width = GLOBAL_WIDTH;
                    lfDiv.style.visibility = 'visible';
                            //lfDiv.style.overflow = 'hidden';
                    }
                            else {
```

```
                                lfDiv.id = divID;
                                lfDiv.style.position = 'fixed';
                                lfDiv.style.zIndex = 9999999;
                                lfDiv.style.left = 0;
                                lfDiv.style.bottom = 0;
                                lfDiv.style.height = GLOBAL_HEIGHT;
                                lfDiv.style.width = GLOBAL_WIDTH;
                                lfDiv.style.visibility = 'visible';
                                //lfDiv.style.overflow = 'hidden';
                                }
                }
        } catch(e) {
                lf_Position = 'err';
                }
        }
        makeScript()
        if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !== 'na')) {
                lfDiv.innerHTML = lfString;
                document.body.appendChild(lfDiv);
        } else if (lf_Position !== 2) {
                if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode ==
"BackCompat")
                        {
                                document.write( '<div id="' + divID +'" style="position: absolute;z-
index: 999;left: 0px;top: 0px;height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+
lfString +'</div>' );
                        }
                        else
                        {
                                document.write( '<div id="' + divID +'" style="bottom:0px left:0px; z-
index: 999; top:0px; height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+ lfString
+'</div>' );
                        }

        }
        else {
                if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode
== "BackCompat")
                        {
                                document.write( '<div id="' + divID +'" style="position: relative;z-
index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' + lf_OffSet_Top_Position +
'px;height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
                        }
                        else
                        {
                                document.write( '<div id="' + divID +'" style="bottom:0px z-index:
999;left: ' + lf_OffSet_Left_Position + 'px;top: ' + lf_OffSet_Top_Position + 'px; height: '+
GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
                        }
        }

        switch (arrNavInfo[0]) {
                case 'ie':
                        window.onscroll = ScrollHnd;
                        window.onresize = ScrollHnd;
                        window.setInterval('ScrollHnd()', 30);
                break;
                case 'gek':
                        if (window.onscroll === undefined) {
                                window.setInterval('ScrollHnd()', 30);
```

```
                } else {
                    window.onscroll = ScrollHnd;
                }
                            window.onresize = moveVid;
            break;
            case 'opr':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'kde':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'wtv':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                }
            break;
        }
        ScrollHnd();

}
function ScrollHnd()
{
    var divScroll;
    var wnd;
    var screenWd = 0;
    var screenHt = 0;
    var screenX = 0;
    var screenY = 0;
    var objDoc;
    var divLeft = 0;
    var divTop = 0;

    objDoc = document;
    wnd = window;

    if (objDoc.getElementById) {
        divScroll = objDoc.getElementById(divID);
        if (divScroll.style) {
            divScroll = divScroll.style;
        }
    }
    if (window.innerHeight)
    {
        screenHt = wnd.innerHeight;
        screenWd = wnd.innerWidth;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
    {
        screenWd = objDoc.documentElement.clientWidth;
        screenHt = objDoc.documentElement.clientHeight;

    }
    else if (objDoc.body && ( objDoc.body.clientWidth || objDoc.body.clientHeight ))
    {
        screenWd = objDoc.body.clientWidth;
```

```
            screenHt = objDoc.body.clientHeight;
        }
        if (window.innerHeight)
        {
            screenY = wnd.pageYOffset;
            screenX = wnd.pageXOffset;
        }
        else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
        {
            screenY = objDoc.body.scrollTop;
            screenX = objDoc.body.scrollLeft;
        }
        else if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft ||
objDoc.documentElement.scrollTop ))
        {
            screenY = objDoc.documentElement.scrollTop;
            screenX = objDoc.documentElement.scrollLeft;
        }
        divLeft = divLeft;
                    if (rt_Align == 'true')
                            divLeft += screenX;
        divTop = divTop + screenY;
        divLeft = divLeft;
                    if (rt_Align == 'true'){
                        if (viewState == 1) {
                                divLeft += (screenWd - GLOBAL_WIDTH);
                        }
                        else {
                                divLeft += (screenWd - sm_GLOBAL_WIDTH - 30);
                        }
                    }
                    if (viewState == 1) {
            divTop = divTop + (screenHt - GLOBAL_HEIGHT);
                    }
                    else {
            divTop = divTop + (screenHt - GLOBAL_HEIGHT) + (GLOBAL_HEIGHT - sm_GLOBAL_HEIGHT);
                    }
        divScroll.left = divLeft + 'px';
            if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode ==
"BackCompat")
            {
        divScroll.top = divTop + 'px';
            }

}

function makeScript()
{
        if (pluginlist.indexOf("Flash")!=-1){

                lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000'
width='" + GLOBAL_WIDTH + "' height='" + GLOBAL_HEIGHT + "' id='obj" + lf_ID + "'
align='middle'
codebase='/web/20130812170557/https://download.macromedia.com/pub/shockwave/cabs/flash/swflash
.cab#version=8,0,24,0' >";
        lfString += "<param name='movie' value='" + lf_URL + "' />";
        lfString += "<param name='quality' value='high' />";
        lfString += "<param name='wmode' value='transparent' />";
        lfString += "<param name='flashvars'
value='goto="+goto+"&flv_loc="+flv_loc+"&x_off="+x_off+"&vlm="+vlm+"&shrink_on_start=" +
shrink_on_start + "&shrink_on_stop=" + shrink_on_stop + "&close_on_stop=" + close_on_stop +
```

```
"&shrink_on_end=" + shrink_on_end + "&close_on_end=" + close_on_end + "&show_loading=" +
show_loading + "&end_pic=" + end_pic + "&end_pic_small=" + end_pic_small +
"&form_color=2a537f&text_color=FFFFFF&to=info@tweople.com' />";
    lfString += "<param name='allowScriptAccess' value='always' />";
    lfString += "<param name='loop' value='false' />";
    lfString += "<embed src='" + lf_URL +"' allowScriptAccess='always' quality='high'
wmode='transparent'
flashvars='goto="+goto+"&flv_loc="+flv_loc+"&x_off="+x_off+"&vlm="+vlm+"&w=" + sm_GLOBAL_WIDTH
+ "&h=" + sm_GLOBAL_HEIGHT + "&shrink_on_start=" + shrink_on_start + "&shrink_on_stop=" +
shrink_on_stop + "&close_on_stop=" + close_on_stop + "&shrink_on_end=" + shrink_on_end +
"&close_on_end=" + close_on_end + "&end_pic=" + end_pic + "&end_pic_small=" + end_pic_small +
"&show_loading=" + show_loading +"' loop='false' width='" + GLOBAL_WIDTH + "' height='" +
GLOBAL_HEIGHT + "' name='obj" + lf_ID + "' align='middle' type='application/x-shockwave-flash'
pluginspage='/web/20130812170557/https://www.macromedia.com/go/getflashplayer' />";
    lfString += "</object><img
src='/web/20130812170557/https://tweople.com/client/addcount.php?flv="+flv_loc+"' width='0'
height='0' border='0' />";

        } else {

                var ip_mv4 = flv_loc.replace('.flv','.m4v');
                var autoplay = '';
                if(shrink_on_start == 'yes'){
                        autoplay = '';
                }
                else{
                        autoplay = 'autoplay="autoplay"';
                }

                if(rt_Align == 'true'){
                        lfString = '<div id="iosbox" style="width:480px; height:400px;
position:fixed;
background:url(/web/20130812170557/http://tweople.com/graphics/ios_box_right.png); right:0;
bottom:0;"></div><div id="iosvideo" style="width:386px; height:380px; overflow:hidden;
position:fixed; right:0; bottom:8px;" align="center"><video id="html5" class="html5"
src="'+ip_mv4+'" height="360" width="390" controls="controls" '+autoplay+' style="z-
index:99;"></video></div><a href=\'javascript: document.getElementById("iosbox").style.display
= "none"; document.getElementById("iosarrow").style.display = "none";
document.getElementById("iosvideo").style.display = "none";
document.getElementById("html5").pause();\' style="text-decoration:none"><div id="iosarrow"
style="width:60px; height:60px; position:fixed; z-index:99999999; right:360px; bottom:170px;">
<img src="/web/20130812170557/http://tweople.com/images/closetab_right.png"></div></a>';
                } else {
                        lfString = '<div id="iosbox" style="width:480px; height:400px;
position:fixed; background:url(/web/20130812170557/http://tweople.com/ios_box.png); left:0;
bottom:0;"></div><div id="iosvideo" style="width:386px; height:380px; overflow:hidden;
position:fixed; left:0; bottom:8px;" align="center"><video id="html5" class="html5"
src="'+ip_mv4+'" height="360" width="390" controls="controls" '+autoplay+' style="z-
index:99;"></video></div><a href=\'javascript: document.getElementById("iosbox").style.display
= "none"; document.getElementById("iosarrow").style.display = "none";
document.getElementById("iosvideo").style.display = "none";
document.getElementById("html5").pause();\' style="text-decoration:none"><div id="iosarrow"
style="width:60px; height:60px; position:fixed; z-index:99999999; left:360px; bottom:170px;">
<img src="/web/20130812170557/http://tweople.com/images/closetab.png"></div></a>';
                }

        }


        //alert(end_pic);
```

```
        //alert(lfString);

        /*
        var xhReq = new XMLHttpRequest();
        xhReq.open("GET", "/client/addcount.php?flv="+flv_loc, false);
        xhReq.send(null);
        var serverResponse = xhReq.responseText;
        //alert(serverResponse); // Shows "15"
        */


}

function yh_hide() {
        ScrollHnd();
        if (document.getElementById) {
                document.getElementById(divID).style.display = 'none';
        }
        else {
                if (document.layers) {
                        document.divID.display = 'none';
                }
                else {
                        document.all.divID.style.display = 'none';
                }
        }
        ScrollHnd();
}

function yh_grow() {
        ScrollHnd();
        viewState = 1;
        if (document.getElementById) {
                document.getElementById(divID).style.width = GLOBAL_WIDTH + 'px';
                document.getElementById(divID).style.height = GLOBAL_HEIGHT + 'px';
                document.getElementById(divID).style.overflow = 'hidden';
        }
        else {
                if (document.layers) {
                        document.divID.width = GLOBAL_WIDTH + 'px';
                        document.divID.height = GLOBAL_HEIGHT + 'px';
                        document.divID.overflow = 'hidden';
                }
                else {
                        document.all.divID.style.width = GLOBAL_WIDTH + 'px';
                        document.all.divID.style.height = GLOBAL_HEIGHT + 'px';
                        document.all.divID.style.overflow = 'hidden';
                }
        }
        ScrollHnd();
}

function yh_shrink() {
        ScrollHnd();
        viewState = 2;
        if (document.getElementById) {
                document.getElementById(divID).style.width = sm_GLOBAL_WIDTH + 'px';
                document.getElementById(divID).style.height = sm_GLOBAL_HEIGHT + 'px';
                document.getElementById(divID).style.overflow = 'hidden';
        }
        else {
```

```
            if (document.layers) {
                    document.divID.width = sm_GLOBAL_WIDTH + 'px';
                    document.divID.height = sm_GLOBAL_HEIGHT + 'px';
                    document.divID.overflow = 'hidden';
            }
            else {
                    document.all.divID.style.width = sm_GLOBAL_WIDTH + 'px';
                    document.all.divID.style.height = sm_GLOBAL_HEIGHT + 'px';
                    document.all.divID.style.overflow = 'hidden';
            }
        }
        ScrollHnd();
}

function moveVid() {
        document.getElementById(divID).offsetLeft = lf_OffSet_Left_Position - GLOBAL_WIDTH;
        document.getElementById(divID).offsetTop = lf_OffSet_Top_Position - GLOBAL_HEIGHT;
}
```